IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, COUNCIL ON WILDLIFE AND FISH, and YELLOWSTONE TO UINTAS CONNECTION, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIN CAREY, Missoula Field Manager, Bureau of Land Management; SONYA GERMANN, Montana/Dakotas State Director, Bureau of Land Management; TRACY STONE-MANNING, Director, Bureau of Land Management; and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | CV 24-168-M-KLD <br><br> ORDER |

Plaintiffs move for the admission of Marc D. Fink to practice before this Court in this case with Kristine M. Akland to act as local counsel. Mr. Hodges's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Marc D. Fink pro hac vice is GRANTED on the condition that Mr. Fink shall do his own work. This means that Mr. Fink must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Fink, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge