IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>ERIN CAREY, in her official capacity as the Missoula Field Manager of the Bureau of Land Management, *et al.*<br><br>       Defendants. | CV 24–168–M–DLC |

The Court held oral argument on Plaintiffs' Motion for Preliminary Injunction on June 30, 2025. (Docs. 31, 45.) During argument, counsel for Defendants represented there will be no roadwork associated with the challenged Big River Thinning Project.

Accordingly, IT IS ORDERED that, on or before July 8, 2025, Defendants shall file an affidavit or declaration attesting to the above representations regarding road work in the Big River Thinning Project.

DATED this 1st day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court